| | | |
|---|---|---|
| 30057 | American Home Mortg. Servicing, Inc. v. Kin-Chung Rocky Yeung | Affirmed |

### February 24, 2011

| | | |
|---|---|---|
| 29185 | Fonoimoana v. Sunrise Const., Inc. | Affirmed |
| 30631 | JK, In re | Affirmed |
| 30135 | Nakagawa v. Irwin | Affirmed |
| 30066 | State v. Gonsales | Remanded |
| 29750 | State v. Reinke | Affirmed |

### February 25, 2011

| | | |
|---|---|---|
| 30435 | MM, In re | Affirmed |
| 30313 | State v. Penaflor | Affirmed |

### February 28, 2011

| | | |
|---|---|---|
| 28977 | Kakinami v. Kakinami | Affirmed |
| 29408 | State v. Fontes | Affirmed |

### March 7, 2011

| | | |
|---|---|---|
| 30153 | De Giacomo v. Brown | Affirmed |
| 29347 | State v. Mita | Affirmed |
| 30351 | State v. Nazarian | Affirmed |
| 30104 | State v. Pascua | Affirmed |
| 30025 | Young v. Dudden | Affirmed |

### March 9, 2011

| | | |
|---|---|---|
| 29913 | State v. Calarruda | Affirmed |

### March 10, 2011

| | | |
|---|---|---|
| 30207 | LK, In re | Affirmed |

### March 14, 2011

| | | |
|---|---|---|
| 30220 | State v. Rogers | Vacated and Remanded |

### March 16, 2011

| | | |
|---|---|---|
| 30148 | State v. Grant | Affirmed |
| 29926 | State v. Ikeda | Affirmed |
| 29766 | State v. Johnson | Affirmed |

### March 18, 2011

| | | |
|---|---|---|
| 30126 | Oceanic Companies, Inc. v. Kukui'ula Development Co. (Hawaii), LLC | Affirmed |

### March 21, 2011